UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA

v.

KHALED ELBEBLAWY,

        **Defendant.**
_____/

## VERDICT

We, the jury, unanimously find as follows as to **KHALED ELBEBLAWY:**

## COUNT 1

(a)    As to Count 1 of the Indictment, Conspiracy to Commit Health Care Fraud:

      _____            _____
      GUILTY               NOT GUILTY

(b)    As to Count 1 of the Indictment, Conspiracy to Commit Wire Fraud:

      _____            _____
      GUILTY               NOT GUILTY

## COUNT 2

(a) As to Count 2 of the Indictment, Conspiracy to Defraud the United States:

_____  _____
GUILTY        NOT GUILTY

(b) As to Count 2 of the Indictment, Conspiracy to Pay Health Care Kickbacks:

_____  _____
GUILTY        NOT GUILTY

**SO SAY WE ALL**.

Signed and dated at the United States Courthouse, Miami, Florida this \_\_\_\_ day of January, 2016.

_____  _____
Foreperson (please sign)                        Date