UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA vs. KHALED ELBEBLAWY

# JURY QUESTIONS AND/OR NOTES TO THE COURT

## PLEASE NOTE:  DO NOT SHOW YOUR NUMERICAL DIVISION
## PLEASE RETAIN THIS FORM WITH THE EXHIBITS

Regarding "GX 110", how were the cases
selected for review?

FOREPERSON'S SIGNATURE: _____

DATE: 1/21/16     TIME: 8:10 p.m.

COURT'S ANSWER: _____

All of the evidence has been submitted. You are
to rely on the evidence submitted.

SIGNED: _____     DATE: 1/21/16     TIME: 8:25

JUDGE BETH BLOOM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA vs. KHALED ELBEBLAWY

# JURY QUESTIONS AND/OR NOTES TO THE COURT

## PLEASE NOTE:   DO <u>NOT</u> SHOW YOUR NUMERICAL DIVISION
## PLEASE RETAIN THIS FORM WITH THE EXHIBITS

_We have reached our verdict_

FOREPERSON'S SIGNATURE: _____

DATE: _1/21/16_ TIME: _9:20_

COURT'S ANSWER: _____

SIGNED: _____ DATE: _____ TIME: _____
      **JUDGE BETH BLOOM**