# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　**DEFENDANT EXHIBIT LIST**

KHALED ELBEBLAWY　　　　　　　　　　CASE NUMBER: 15-20820-CR-BLOOM

| PRESIDING JUDGE<br>The Honorable Beth Bloom | | | | | GOVERNMENT ATTORNEYS<br>Nicholas E. Surmacz,<br>Vasanth Sridharan | DEFENDANT'S ATTORNEY<br>Michael A. Matters |
| --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE<br>January 12, 2016 | | | | | COURT REPORTER<br>Yvette Hernandez | COURTROOM DEPUTY<br>ToniAnn Jacoby |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | 1 | 01/13 | | X | Eulises Escalona Proffer Letter | |
| | 2 | 01/13 | | X | Amendment to the Articles of Incorporation of Willsand Home Health | |
| | 3 | 01/13 | | X | Eulises Escalona Plea Agreement and Agreed Factual Basis for Guilty Plea | |
| | 4 | 01/13 | | X | Checks to Gisela Brito | |