UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA

v.

KHALED ELBEBLAWY,

        Defendant.
_____/

## VERDICT

We, the jury, unanimously find as follows as to **KHALED ELBEBLAWY**:

## COUNT 1

(a)    As to Count 1 of the Indictment, Conspiracy to Commit Health Care Fraud:

      __✓__                        _____
    GUILTY                 NOT GUILTY

(b)    As to Count 1 of the Indictment, Conspiracy to Commit Wire Fraud:

      __✓__                        _____
    GUILTY                 NOT GUILTY

## COUNT 2

(a) As to Count 2 of the Indictment, Conspiracy to Defraud the United States:

 ✓
_____                    _____
GUILTY                              NOT GUILTY


(b) As to Count 2 of the Indictment, Conspiracy to Pay Health Care Kickbacks:

 ✓
_____                    _____
GUILTY                              NOT GUILTY


**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida this _21_ day of January, 2016.



_____               \_1/21/16_____
Foreperson (please sign)                Date