UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA vs. KHALED ELBEBLAWY

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

____ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

____ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

____ Stored by Records Section in: ___ Miami ___ FTL ___ WPB ___

✓ Other (Explain): _all exhibits Admitted_

The exhibits shall be retained by the undersigned party pending appeal or further proceedings in this cause.

____ Attachments
(Exhibit list, Order of Court)

Signature: _Michael A. Matters_
Print Name: _Michael A. Matters_
Agency or Firm: _Adelstein & Matters, PA_
Address: _2929 SW 3 Ave Ste 410_
_Miami FL 33129_

Exhibits Released by:

ToniAnn S. Jacoby
(Deputy Clerk)

Telephone: _305-358-9222_

Date: _1/21/16_