UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA vs. KHALED ELBEBLAWY

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

____ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

____ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

____ Stored by Records Section in: ___ Miami ___ FTL ___ WPB ___

✓ Other (Explain): _All exhibits admitted_

The exhibits shall be retained by the undersigned party pending appeal or further proceedings in this cause.

____ Attachments
(Exhibit list, Order of Court)

Signature: _NhEL_
Print Name: _Nicholas E Surmacz_
Agency or Firm: _DOJ_
Address: _12020 Miramar Parkway, Miramar, FL 33025_

Exhibits Released by:

ToniAnn S. Jacoby
(Deputy Clerk)

Telephone: _202-445-9467_
Date: _1/21/16_