UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20820-CR-BLOOM

UNITED STATES OF AMERICA

v.

KHALED ELBEBLAWY

        **Defendant.**
_____/

## WITNESS LIST OF THE UNITED STATES

The United States of America hereby files this Witness List:

1. Dr. Kansky Delisma
2. Eulises Escalona
3. FBI Special Agent Lynnette Alvarez-Karnes
4. HHS/OIG Special Agent Amber Kilpatrick
5. Melissa Parks
6. Stephen Quindoza

2

**CERTIFICATE OF SERVICE**

   I hereby certify that, on January 22, 2016, I electronically filed and served the foregoing document with the Clerk of the Court using CM/ECF.

                     _____/s/_____
                      Vasanth R. Sridharan
                      Trial Attorney
                      United States Department of Justice
                      Criminal Division, Fraud Section