# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.  **GOVERNMENT EXHIBIT LIST**

KHALED ELBEBLAWY  CASE NUMBER: 15-20820-CR-BLOOM

| PRESIDING JUDGE | | | | | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| The Honorable Beth Bloom | | | | | Nicholas E. Surmacz, Vasanth Sridharan | Michael A. Matters |
| TRIAL DATE | | | | | COURT REPORTER | COURTROOM DEPUTY |
| January 12, 2016 | | | | | Yvette Hernandez | ToniAnn Jacoby |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| **GX 1** | | 01/12 | | X | Khaled Elbeblawy Signed Agreed Factual Basis for Guilty Plea | |
| **GX 2** | | 01/12 | | X | Withdrawal Slip from Khaled Elbeblawy JP Morgan Chase Bank Account Ending in x2424 and Check #2292 from Healthy Choice Home Health Bank Account Ending in x6051to Khaled Elbeblawy | |
| **GX 3** | | 01/14 | X | | September 26, 2013 Video Recording Made by Khaled Elbeblawy | |
| **GX 3A** | | 01/14 | | X | Excerpt of GX 3 | |
| **GX 3A-T** | | 01/14 | X | | Transcript of GX 3A | |
| **GX 3B** | | 01/14 | | X | Excerpt of GX 3 | |
| **GX 3B-T** | | 01/14 | X | | Transcript of GX 3B | |
| **GX 4** | | 01/14 | X | | September 26, 2013 Video Recording Made by Khaled Elbeblawy | |
| **GX 4A** | | 01/14 | | X | Excerpt of GX 4 | |
| **GX 4A-T** | | 01/14 | X | | Transcript of GX 4A | |
| **GX 4B** | | 01/14 | | X | Excerpt of GX 4 | |

| | | | | | |
|---|---|---|---|---|---|
| GX 4B-T | | 01/14 | X | | Transcript of GX 4B |
| GX 4C | | 01/14 | | X | Excerpt of GX 4 |
| GX 4C-T | | 01/14 | X | | Transcript of GX 4C |
| GX 4D | | 01/14 | | X | Excerpt of GX 4 |
| GX 4D-T | | 01/14 | X | | Transcript of GX 4D |
| GX 5 | | 01/14 | X | | May 2, 2014 Video Recording Made by Khaled Elbeblawy |
| GX 5A | | 01/14 | | X | Excerpt of GX 5 |
| GX 5A-T | | 01/14 | X | | Transcript of GX 5A |
| GX 5B | | 01/14 | | X | Excerpt of GX 5 |
| GX 5B-T | | 01/14 | X | | Transcript of GX 5B |
| GX 5C | | 01/14 | | X | Excerpt of GX 5 |
| GX 5C-T | | 01/14 | X | | Transcript of GX 5C |
| GX 6 | | 01/19 | | X | Handwritten Notes Provided by Khaled Elbeblawy |
| GX 7 | | 01/14 | | X | JEM Home Health Attending Summary List |
| GX 8 | | 01/12 | X | | Khaled Elbeblawy Signed Plea Agreement |
| GX 100 | | 01/12 | | X | Medicare Benefit Policy Manual, Chapter 7 – Home Health Services (Revised 04/2011) |
| GX 101 | | 01/12 | | X | JEM Home Health Medicare Claims Data |
| GX 102 | | 01/12 | | X | Willsand Home Health Medicare Claims Data |
| GX 103 | | 01/12 | | X | Healthy Choice Home Health Medicare Claims Data |
| GX 104 | | 01/12 | | X | JEM Home Health Medicare Enrollment Application Signature Pages |
| GX 104A | | 01/12 | | X | Combined JEM Home Health Medicare Enrollment Application |
| GX 105 | | 01/12 | | X | Willsand Home Health Medicare Enrollment Application Signature Pages |

| | | | | | |
|---|---|---|---|---|---|
| GX 106 | | 01/12 | | X | Healthy Choice Home Health Medicare Enrollment Application Signature Pages |
| GX 107 | | 01/12 | | X | Blank Sample Home Health Medicare Enrollment Application (Revised 02/2008) |
| GX 108 | | 01/12 | | X | Blank Sample Home Health Medicare Enrollment Application (Revised 11/2001) |
| GX 109 | | 01/12 | | X | Medicare Benefit Policy Manual, Chapter 7 – Home Health Services (Revised 10/2003) |
| GX 110 | | 01/14 | | X | November 3, 2009 Notice of Suspension of Medicare Payments for JEM Home Health Care, LLC |
| GX 111 | | 01/14 | | X | JEM Home Health Care, LLC Overpayment Projection |
| GX 200 | | 01/12 | | X | Khaled Elbeblawy JP Morgan Chase Bank Account Ending in x2424 |
| GX 201 | | 01/12 | | X | Khaled Elbeblawy and Cynthia Vilches Washington Mutual Bank Account Ending in x3929 |
| GX 202 | | 01/12 | | X | Khaled Elbeblawy and Cynthia Vilches JP Morgan Chase Bank Account Ending in x6540 |
| GX 203 | | 01/12 | | X | JEM Home Health Bank of America Bank Account Ending in x0069 |
| GX 204 | | 01/12 | | X | JEM Home Health Bank of America Bank Account Ending in x2100 |
| GX 205 | | 01/12 | | X | Willsand Home Health Bank of America Bank Account Ending in x3702 |
| GX 206 | | 01/12 | | X | Willsand Home Health Bank of America Bank Account Ending in x8164 |
| GX 207 | | 01/12 | | X | Willsand Home Health Bank of America Bank Account Ending in x8229 |
| GX 208 | | 01/12 | | X | Healthy Choice Home Health JP Morgan Chase Account Ending in x2042 |
| GX 209 | | 01/12 | | X | Healthy Choice Home Health JP Morgan Chase Account Ending in x6051 |
| GX 210 | | 01/12 | | X | County Wide Home Care Inc. Bank of America Account Ending in x1806 |
| GX 211 | | 01/12 | | X | County Wide Home Care Inc. Bank of America Account Ending in x2471 |
| GX 212 | | 01/12 | | X | Checks to Khaled Elbeblawy from JEM Home Health |
| GX 213 | | 01/12 | | X | Checks to Khaled Elbeblawy from Willsand Home Health |
| GX 214 | | 01/12 | | X | Checks to Khaled Elbeblawy from Healthy Choice Home Health |
| GX 215 | | 01/12 | | X | Checks to Khaled Elbeblawy from County Wide Home Care Inc. |

| | | | | | |
|---|---|---|---|---|---|
| GX 216 | | 01/12 | | X | Checks to Cynthia Vilches from JEM Home Health |
| GX 217 | | 01/12 | | X | Checks to Cynthia Vilches from Willsand Home Health |
| GX 218 | | 01/12 | | X | Checks to Cynthia Vilches from Healthy Choice Home Health |
| GX 219 | | 01/12 | | X | Checks to Lily Alvarez from JEM Home Health, Willsand Home Health and Healthy Choice Home Health |
| GX 220 | | 01/12 | | X | Checks to Marc Bloom from JEM Home Health, Willsand Home Health and Healthy Choice Home Health |
| GX 221 | | 01/12 | | X | Checks to Complete Staffing Service, Inc. from JEM Home Health, Willsand Home Health and County Wide Home Health |
| GX 222 | | 01/12 | | X | Checks to COS Nurses, Inc. and Cynthia Sanders from JEM Home Health and Willsand Home Health |
| GX 223 | | 01/12 | | X | Checks to Adriana Jalil, Jalil Corporation, Jalil Group and Ultimate Care Professional Services from JEM Home Health and Willsand Home Health |
| GX 224 | | 01/12 | | X | Checks to Nadim Radwan from JEM Home Health, Willsand Home Health and County Wide Home Care Inc. |
| GX 225 | | 01/12 | | X | Checks to Harriette Brotman from JEM Home Health and Healthy Choice Home Health |
| GX 226 | | 01/12 | | X | Checks to Ann Stember from JEM Home Health, Willsand Home Health, Healthy Choice Home Health and County Wide Home Care Inc. |
| GX 227 | | 01/12 | | X | Checks to Julio Esquivel from Willsand Home Health |
| GX 228 | | 01/12 | | X | Check to Lissette Exposito from JEM Home Health |
| GX 229 | | 01/12 | | X | Checks to Magdalena Joyas and Joyas-Arana Nursing from Willsand Home Health and County Wide Home Care |
| GX 230 | | 01/12 | | X | Checks to Carol Konhauzer from JEM Home Health |
| GX 231 | | 01/12 | | X | Checks to YC Home Care Services, Inc. and Yureilis Carrasco from JEM Home Health and Willsand Home Health Services |
| GX 232 | | 01/12 | | X | Check to Khaled Elbeblawy from JEM Home Health |
| GX 233 | | 01/12 | | X | Check to Eulises Escalona from JEM Home Health |
| GX 234 | | 01/12 | | X | Signature Cards for JEM Home Health Care, LLC Bank of America Account Ending in x2100 |
| GX 235 | | 01/12 | | X | Khaled Elbeblawy Bank of America Account Ending in x8682 |

| | | | | | |
|---|---|---|---|---|---|
| **GX 236** | | 01/12 | | X | Khaled Elbeblawy Bank of America Account Ending in x7351 |
| **GX 237** | | 01/12 | | X | Eulises Escalona Bank Atlantic Account Ending in x7808 |
| **GX 238** | | 01/12 | | X | Eulises Escalona Bank Atlantic Account Ending in x4355 |
| **GX 239** | | 01/12 | | X | Eulises Escalona Bank Atlantic Account Ending in x4649 |
| **GX 240** | | 01/12 | | X | Eulises Escalona Bank of America Account Ending in x7603 |
| **GX 241** | | 01/12 | | X | Eulises Escalona Bank of America Account Ending in x2092 |
| **GX 242** | | 01/12 | | X | Checks to Mindy Tucker from Healthy Choice Home Health |
| **GX 243** | | 01/13 | | X | Healthy Choice Home Health Banco Popular Account Ending in x5226 |
| **GX 244** | | 01/19 | | X | Withdrawal Slip from Khaled Elbeblawy JP Morgan Chase Bank Account Ending in x2424 on May 14, 2012 |
| **GX 245** | | 01/21 | | X | Combined Bank Records for Khaled Elbeblawy Bank of America Accounts Ending in x8682 and x7351 |
| **GX 301** | | 01/12 | | X | Photos of Willsand Home Health Agency |
| **GX 303** | | 01/12 | | X | Photo of Tony Abassi |
| **GX 304** | | 01/12 | | X | Photo of Salah Amer |
| **GX 305** | | 01/12 | | X | Photo of Jose Avila |
| **GX 306** | | 01/12 | | X | Photo of Michael Bahrami |
| **GX 307** | | 01/12 | | X | Photo of Kansky Delisma |
| **GX 308** | | 01/12 | | X | Photo of Vladimiro Giua |
| **GX 309** | | 01/12 | | X | Photo of Abdul Jaraki |
| **GX 310** | | 01/12 | | X | Photo of Robert Kaiser |
| **GX 311** | | 01/12 | | X | Photo of Hamidreza Moghaddam |
| **GX 312** | | 01/12 | | X | Photo of Howard Reinfeld |
| **GX 314** | | 01/12 | | X | Photo of Maria Lily Alvarez |

| | | | | | |
|---|---|---|---|---|---|
| GX 315 | | 01/12 | | X | Photo of Eulises Escalona |
| GX 400 | | 01/12 | | X | Willsand Home Health Per Diem Pay Rate Schedule |
| GX 401 | | 01/12 | | X | April 15, 2009 Fax from JRV Staffing |
| GX 402 | | 01/12 | | X | Willsand Home Health Referral Source Stats and Paystub for Ann Stember (July 10, 2007) |
| GX 403 | | 01/12 | | X | At Home Health Care Invoice and At Home Health Care Professional Service Agreement |
| GX 404 | | 01/12 | | X | Willsand Home Health Referral Source Stats and Paystub for Ann Stember (February 15, 2007) |
| GX 405 | | 01/12 | | X | Willsand Home Health Referral Source Stats and Paystub for Ann Stember (July 19, 2007) |
| GX 406 | | 01/12 | | X | Willsand Home Health Agency Inc. Paystub for Khaled Elbeblawy with Dr. Restrepo Notation (April 2006) |
| GX 409 | | 01/12 | | X | Mont Blanc Receipt (February 16, 2007) |
| GX 410 | | 01/12 | | X | Credit Card Receipts |
| GX 411 | | 01/12 | | X | Group Contracts – Willsand Home Health Agency Professional Service Agreement with H & E Home Care, Inc. (January 20, 2008) |
| GX 412 | | 01/12 | | X | Willsand Home Health Agency Professional Service Agreement with Martin's Florida Elder Care, Inc. (May 23, 2008) |
| GX 414 | | 01/12 | | X | Willsand Home Health Agency Inc. Partially Completed Medicare Application |
| GX 415 | | 01/12 | | X | Willsand Home Health Agency's Letter of Authorization to Cleartel Communications and Service Agreement (July 18, 2008) |
| GX 416 | | 01/12 | | X | BMW Financial Services Folder |
| GX 417 | | 01/12 | | X | Volkswagen Credit Folder |
| GX 418 | | 01/12 | | X | Willsand Home Health Agency Admissions Log Book |
| GX 500 | | 01/12 | | X | W. G. Patient File (MR #2241) |
| GX 501 | | 01/12 | | X | M. F. Patient File (MR #2148) |
| GX 502 | | 01/12 | | X | A. C. Patient File (MR #629) |
| GX 503 | | 01/12 | | X | A. R. Patient File (MR #3054) |

| | | | | | |
|---|---|---|---|---|---|
| GX 504 | | 01/12 | | X | G. C. Patient File (MR #2986) |
| GX 505 | | 01/12 | | X | A. V. Patient File (MR #3138) |
| GX 506 | | 01/12 | | X | J. M. Patient File (MR #3038) |
| GX 507 | | 01/12 | | X | J. V. Patient File (MR #1627) |
| GX 600 | | 01/12 | | X | September 15, 2013 Text Message between Khaled Elbeblawy and Cynthia Vilches |
| GX 630 | | 01/12 | | X | Referral Logs for Healthy Choice Home Health |
| GX 631 | | 01/12 | | X | Healthy Choice Home Health Stock Purchase Option Agreement |
| GX 632 | | 01/12 | | X | Letter Enforcing Healthy Choice Home Health Stock Purchase Option Agreement |
| GX 634 | | 01/12 | | X | Daily Referral Logs for JEM Home Health |
| GX 635 | | 01/12 | | X | Individual Referral Sheets for JEM Home Health |
| GX 636 | | 01/12 | | X | JEM Home Health Care, LLC Professional Service Agreement with YC Home Health Care Services (January 25, 2008) |
| GX 637 | | 01/12 | | X | JEM Home Health Care, LLC Professional Service Agreement with Ultimate Care Professional Services, Inc. (January 1, 2009) |
| GX 638 | | 01/12 | | X | JEM Home Health Care, LLC Professional Service Agreement with Complete Staffing Service Inc. (September 18, 2009) |
| GX 639 | | 01/12 | | X | Blank Healthy Choice Home Health Services, Inc. Professional Services Agreement |
| GX 640 | | 01/12 | | X | Signature Page for JEM Home Health Care Agency Agreement with COS Nurses, Inc. (January 1, 2009) |
| GX 700 | | 01/13 | | X | Eulises Escalona Plea Agreement and Agreed Factual Basis for Guilty Plea |
| GX 701 | | 01/14 | | X | Kansky Delisma Plea Agreement and Agreed Factual Basis for Guilty Plea |
| GX 800 | | 01/19 | | X | Composite of JEM Home Health Checks Signed by Khaled Elbeblawy |
| GX 801 | | 01/21 | | X | Composite of JEM Home Health Checks Signed by Khaled Elbeblawy from May 2008 to October 2008 |
| GX 802 | | 01/21 | | X | Willsand Home Health Medical Director Services Agreement with Jose Avila, MD (February 15, 2007) |
| GX 803 | | 01/21 | | X | Selected Excerpts from JEM Home Health Medicare Claims Data |

7

| | | | | | |
|---|---|---|---|---|---|
| GX 900 | | 01/12 | | X | JEM Home Health Care, LLC Sunbiz Records |
| GX 901 | | 01/12 | | X | Healthy Choice Home Health Services, Inc. Sunbiz Records |
| GX 1000 | | 01/19 | | X | Summary Chart: Willsand Home Health Total Medicare Claims |
| GX 1001 | | 01/19 | | X | Summary Chart: JEM Home Health Total Medicare Claims |
| GX 1002 | | 01/19 | | X | Summary Chart: Healthy Choice Home Health Total Medicare Claims |
| GX 1003 | | 01/19 | | X | Summary Chart: Billed Medicare Claims: Select Referring Physicians |
| GX 1004 | | 01/19 | | X | Summary Chart: Count Two – Overt Acts One Through Four and Count Two – Overt Acts Five and Six |
| GX 1005 | | 01/19 | | X | Summary Chart: Payments Made to Various Individuals from Company Accounts |
| GX 1006 | | 01/19 | | X | Summary Chart: Cash Withdrawn by Year |
| GX 1007 | | 01/19 | | X | Summary Chart: Khaled Elbeblawy Compensation Summary for 2006-2013 |
| GX 1008 | | 01/19 | | X | Summary Chart: Travel Records for Khaled Elbeblawy |
| GX 1009 | | 01/19 | | X | Summary Chart: Khaled Elbeblawy Outgoing Foreign Transactions |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2016, I electronically filed and served the foregoing document with the Clerk of the Court using CM/ECF.

                                                      _____/s/_____
                                                      Vasanth R. Sridharan
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Criminal Division, Fraud Section